*366
 
 Pearson, C. J.
 

 This case differs from
 
 Moore
 
 v.
 
 Miller
 
 at the present term, only in this: The plaintiffs as sureties seek for exoneration without being compelled beforehand to pay up the debt. That equity in favor of sureties is settled, but it is merely collateral, and cannot be allowed the effect of putting them in a better condition than if they had paid the debt. Had they done so, by force of the act of 1829 they would have been entitled to the dignity of
 
 bond creditors
 
 and no more. So they are to stand on the same footing as any other bond creditor, and can claim no superior equity simply from the fact that they have not been compelled to discharge their original liability, and as we have just seen that Mr. Moore, a bond creditor, cannot maintain a bill, it follows that they cannot.
 

 Demurrer allowed — bill dismissed.
 

 Per Curiam.
 

 Bill dismissed.